IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DALE CLAYTON ESTEY,

    Petitioner,

v.                                            4:22cv398–WS/HTC

STATE OF FLORIDA,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (ECF No. 10) docketed December 15, 2022. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be dismissed. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 10) is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED.

3. The clerk is directed to enter judgment stating: "The petitioner's petition for writ of habeas corpus is dismissed."

4. The clerk shall close the case.

DONE AND ORDERED this __17th__ day of __January__, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE